133 A.3d 291

**In re Nomination Papers of Leon WILLIAMS as Candidate for the Pennsylvania House of Representatives in the 192nd Legislative District.**

**Appeal of Terry Jackson and Renee English, Objectors.**

Supreme Court of Pennsylvania.

Submitted March 3, 2016.

Decided March 11, 2016.

Ian Blythe Everhart, Esq., Kathleen Marie Kotula, Esq., Pennsylvania Department of State, for Bureau of Commissions, Elections and Legislations, Commonwealth of Pennsylvania, Department of State.

194

City Commissioners of Philadelphia, Pro Se.

Zachary Cryder Shaffer, Esq., Montoya Shaffer, LLC, for Terry Jackson and Renee English.

Leon Williams, Pro Se.

## ORDER

PER CURIAM.

AND NOW, this 11th day of March, 2016, the Order of the Commonwealth Court is AFFIRMED.

Justice EAKIN did not participate in the consideration or decision of this case.